UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KRISTIN ELLIS; MARIE EMERSON; MELBA  :
EUBANKS; KIMBERLY GWALTNEY; MARY  :
HARDY; WILLIAM HAYES; STEPHANIE  :
HOWELL; ANNIE JEFFERSON; REGIS JIRSA;  :
COLLETTA JONES,  :
  :
     Plaintiffs  :  Civil Action
v.  :  No. 04-11054-GAO
  :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;  :
WYETH, INC., F/K/A AMERICAN HOME  :
PRODUCTS CORPORATION; WYETH  :
PHARMACEUTICALS, INC F/K/A WYETH-  :
AYERST PHARMACEUTICALS, INC., A  :
DIVISION OF AMERICAN HOME PRODUCTS  :
CORPORATION; AND BOEHRINGER  :
INGELHEIM PHARMACEUTICALS, INC.,  :
  :
     Defendants  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer

Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004                              Respectfully submitted,
      Boston, Massachusetts

                                            /s/Matthew J. Matule
                                            Matthew J. Matule (BBO #632075)
                                            SKADDEN, ARPS, SLATE,
Of Counsel:                                         MEAGHER & FLOM LLP
Barbara Wrubel                                    One Beacon Street
Katherine Armstrong                               Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                             (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                    Counsel for Defendant
                                            Boehringer Ingelheim Pharmaceuticals, Inc.