UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
KRISTIN ELLIS; MARIE EMERSON; MELBA :
EUBANKS; KIMBERLY GWALTNEY; MARY
HARDY; WILLIAM HAYES; STEPHANIE :
HOWELL; ANNIE JEFFERSON; REGIS JIRSA; :
COLLETTA JONES,
                                   :
         Plaintiffs,               :   Civil Action
v.                                 :   No. 04-11054-GAO
                                   :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME   :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-  :
AYERST PHARMACEUTICALS, INC., A    :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,   :
                                   :
         Defendants.               :
---------------------------------- x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated:  August 25, 2004                Respectfully submitted,
        Boston, Massachusetts

                                       /s/Matthew J. Matule
                                       Matthew J. Matule (BBO #632075)
                                       SKADDEN, ARPS, SLATE,
Of Counsel:                              MEAGHER & FLOM LLP
Barbara Wrubel                         One Beacon Street
Katherine Armstrong                    Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                  (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                         Counsel for Defendant
                                       Indevus Pharmaceuticals, Inc.