UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
KRISTIN ELLIS; MARIE EMERSON; MELBA :
EUBANKS; KIMBERLY GWALTNEY; MARY
HARDY; WILLIAM HAYES; STEPHANIE :
HOWELL; ANNIE JEFFERSON; REGIS JIRSA; :
COLLETTA JONES,
:
    Plaintiffs,                       :   Civil Action
v.                                    :   No. 04-11054-GAO
                                      :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;    :
WYETH, INC., F/K/A AMERICAN HOME      :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-     :
AYERST PHARMACEUTICALS, INC., A       :
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,      :
                                      :
    Defendants.                       :
------------------------------------- x

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

|  |  |
|---|---|
| Dated:  August 25, 2004<br>         Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |